# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robert Aliotta, et al.
                    Plaintiff,

v.                                          Case No.: 1:23−cv−00042
                                            Honorable Franklin U. Valderrama

LogicsIQ, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2024:

    MINUTE entry before the Honorable Young B. Kim: In light of the notice of settlement (R. 62), the status hearing scheduled for March 18, 2024, is rescheduled for May 1, 2024, at 12:00 p.m. (CST) by phone. Parties are to use the same call−in information. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.